UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21855-CIV-GOLD/GOODMAN
(CASE NO. 07-20766-CR-GOLD)

ARNESTO SEGREDO,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**AGREED ORDER GRANTING MOTION**

**TO EXTEND TIME TO FILE MEMORANDA OF LAW**

This matter is before the Court on Movant's Agreed Motion to Extend Time to File Memoranda of Law in support of his section 2255 motion. The Court **GRANTS** the motion. Movant shall have up to thirty days from today's date to file a memorandum in support of his section 2255 motion and the government shall have up to 45 days after Movant files his memorandum to file its own response memorandum.

**DONE AND ORDERED** in Chambers, at Miami, Florida, June 14, 2012.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Hon. Alan S. Gold
Counsel of Record